IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00381-MSK-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRUCE HOLDER,
2. LEXUS HOLDER,
3. CORINA HOLDER,
4. GERI BOCHMANN,
5. JESSICA BRADY,
6. MARIE MATOS,

    Defendants.

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
01/24/19
JEFFREY P. COLWELL, CLERK**

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about December 26, 2017, within the State and District of Colorado, the defendant, BRUCE HOLDER, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, the use of which resulted in the death of J.E. on or about December 28, 2017.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 2

On or about December 26, 2017, within the State and District of Colorado, the defendant, BRUCE HOLDER, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, the use of which resulted in serious bodily injury to Z.G. on or about December 28, 2017.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3

From on or about June 1, 2018, to on or about June 10, 2018, within the State and District of Colorado, the defendants, BRUCE HOLDER, LEXUS HOLDER, CORINA HOLDER, GERI BOCHMANN, and JESSICA BRADY, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, the use of which resulted in the death of A.R. on or about June 11, 2018.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 4

From a date unknown, but no later than November 2, 2017, and continuing to on or about January 10, 2018, within the State and District of Colorado and elsewhere, the defendants, BRUCE HOLDER, MARIE MATOS, and LEXUS HOLDER, did knowingly

and intentionally conspire with each other and with persons known and unknown to the Grand Jury to distribute and possess with intent to distribute 400 grams and more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi).

All in violation of Title 21, United States Code, Section 846.

### COUNT 5

On or about June 12, 2018, within the State and District of Colorado, the defendant, LEXUS HOLDER, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing detectable amounts of fentanyl, a Schedule II controlled substance, and acetylfentanyl, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).

### COUNT 6

On or about June 19, 2018, within the State and District of Colorado, the defendant, LEXUS HOLDER, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 7

On or about June 27, 2018, within the State and District of Colorado, the defendant, LEXUS HOLDER, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 8

On or about July 3, 2018, within the State and District of Colorado, the defendant, LEXUS HOLDER, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 9

On or about January 10, 2019, within the State and District of Colorado, the defendant, MARIE MATOS, did knowingly and intentionally possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 9 of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of the violations alleged in Counts 1 through 9 of this Superseding Indictment involving violations of Title 21, United States Code, Sections 841(a)(1), the defendants, BRUCE HOLDER, LEXUS HOLDER, CORINA HOLDER, GERI BOCHMANN, JESSICA BRADY, and MARIE MATOS, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any and all of the defendants' right, title, and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to a money judgment in the amount of proceeds obtained by the defendants.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of said defendant up to the value of the

forfeitable property.

                A TRUE BILL


                <u>Ink signature on file in Clerk's Office</u>
                FOREPERSON


JASON R. DUNN
United States Attorney


s/ *Jeremy Chaffin*
JEREMY CHAFFIN
Assistant United States Attorney
United States Attorney's Office
205 North 4th Street, Suite 400
Grand Junction, CO 81501
Tel: (970) 257-7113
Fax: (970) 248-3630
E-mail: jeremy.chaffin@usdoj.gov