## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-00381-CMA-GPG

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  BRUCE HOLDER,

      Defendant.

---

## TRIAL STIPULATIONS

---

The United States of America, by and through Assistant United States Attorneys Jeremy Chaffin and Jaime Pena, and the defendant, Bruce Holder, by and through defense counsel, Patrick Ridley and Kristen Frost, hereby stipulate to the authenticity of the following statements and referenced exhibits.

The defense stipulation is conditioned upon its objections to admissibility at all times based on Rules, 401, 402, 403 and 404(b) and 801-803 of the Federal Rules of Evidence, and any and all other applicable rules of evidence.  The defense only enters into this stipulation for reasons of judicial economy, and does not concede that all of the documents are admissible under any rule of evidence.  The defense does not waive or forfeit any right or issue on appeal in terms of the authenticity or admissibility of any of the proffered items of evidence as listed by the government listed below.

**Controlled Substances Analysis and Photos**

(1)    **Government's Exhibit 3**, as depicted in **Government's Exhibit 2** and also identified as DEA Exhibit 25, was comprised of 1968 tablets and 413 capsules. As described in **Government's Exhibit 4**, the tablets had a net weight of 219.1 grams (± 0.2 grams) and contained Fentanyl.  Fentanyl was confirmed in 29 tablets tested of the 1968 tablets indicating to at least a 95% level of confidence, that at least 90% of the tablets in the population, contained Fentanyl.   A composite was formed from 15 tablets out of the 29 tablets for further testing and acetaminophen was confirmed in the composite.  The capsules had a net weight of 67.1 grams (± 0.6 grams) and contained Methamphetamine, Tramadol, and Lidocaine.  Methamphetamine, Tramadol, and Lidocaine was confirmed in 28 capsules tested out of 413 capsules which indicated to at least a 95% level of confidence that at least 90% of the units in the population contain the substance. A composite was formed from 15 capsules for other testing.

(2)    **Government's Exhibit 34**, also identified as DEA Exhibit 31 and Trident Drug Task Force Item 1D, contained a spoon with residue, loaded syringe, two blue pills, a pill bottle containing a baggie of residue, and a blue pill in a clear container.  As described in **Government's Exhibit 35**, the two blue pills are listed as Item 1.1 and were blue tablets, round, biconvex, with an imprint "M" (in box) and "30" (score), weighing 0.2080 grams (± 0.0007 gram) net weight. Analysis of one of the tablets weighing 0.1030 grams (± 0.0007 gram) net weight identified Fentanyl, a schedule II controlled substance.

Item 1.2 is a blue tablet in the clear container with a red lid that was irregular-shaped, biconvex, (grenade) | (grenade), weighing 0.3643 grams (± 0.0007 gram) net weight.  Analysis of that tablet identified 3,4-Methylenedioxyamphetamine (MDA), a schedule I controlled substance.

Item 1.3 was one orange plastic bottle with a white plastic lid containing one torn plastic bag containing tan powder.  Analysis of the pill bottle containing a baggie of residue identified DMT, a schedule I controlled substance weighing 0.2497 grams (± 0.0007 gram) net weight.

Item 1.4 is miscellaneous paraphernalia that was not analyzed because the other items were chosen to analyze.

Measurement uncertainty represents a confidence level of approximately 95%.

(3)  **Government's Exhibit 42**, as depicted in **Government's Exhibit 41** and also identified as DEA Exhibit 4, was 10 tablets with a gross weight of 43.9 grams.  As described in **Government's Exhibit 43**, an analysis of one table in Exhibit 4.01 weighing 0.1057 grams (± 0.0009 gram) net weight identified Fentanyl, Acetylfentanyl, and Acetaminophen.   The net weight was determined by direct weighing of all tablets and the net weight uncertainty value represents an expanded uncertainty estimate at 95% level of confidence.

The other nine tablets in Exhibit 4.02 were not analyzed per the request of law enforcement.

(4)  **Government's Exhibit 45**, as depicted in **Government's Exhibit 44** and also identified as DEA Exhibit 7, was 10 tablets weighing 1.055 grams (± 0.001 gram) net weight.  As described in **Government's Exhibit 46**, analysis of these tablets

identified Fentanyl and Acetaminophen in the 9 tablets out of the 10 tablets that were received, indicating to at least a 95% level of confidence that at least 90% of the units in that population contain the substance(s).  The net weight uncertainty value represents an expanded uncertainty estimate at 95% level of confidence.

(5)     **Government's Exhibit 48**, as depicted in **Government's Exhibit 47** and also identified as DEA Exhibit 9, was 8 tablets weighing 0.844 grams (± 0.001 gram) net weight.  As described in **Government's Exhibit 49**, analysis of these tablets identified Fentanyl and Acetaminophen.   The net weight uncertainty value represents an expanded uncertainty estimate at 95% level of confidence.

(6)     **Government's Exhibit 51**, as depicted in **Government's Exhibit 50c** and also identified as DEA Exhibit 10, was 34 tablets weighing 3.725 grams (± 0.001 gram) net weight. The net weight uncertainty value represents an expanded uncertainty estimate at 95% level of confidence.  As described in **Government's Exhibit 52**, analysis of 18 of the 34 tablets identified Fentanyl and Acetaminophen, indicating to at least a 95% confidence level that at least 90% of the tablets in the population contained the substance.

(7)     **Government's Exhibit 71**, as depicted in **Government's Exhibit 70** and also identified as DEA Exhibit 11 and Grand Junction Police Department Item BAM-4, was comprised of packaging material containing blue colored residue.  As described in **Government's Exhibit 72**, analysis of the residue weighing 0.21 grams (± 0.04 gram) net weight identified Fentanyl, a schedule II controlled

substance.   Measurement uncertainty represents a confidence level of approximately 95%.

(8)     **Government's Exhibit 75**, as depicted in **Government's Exhibit 74d** and also identified as DEA Exhibit 1 and Grand Junction Police Department Item BAM-3, was comprised of an XFIRE box with a baggy containing 22 intact tablets and one-half partial tablet.

As described in **Government's Exhibit 76a**, of the 22 tablets, Item 1.1 was 16 intact and one-half partial tablet.  These tablets were light blue, round, biconvex, with an imprint "M" (in box) and "30" (score) weighing 1.7854 grams (± 0.0007 gram) net weight.  The analysis of one intact of the 16 and one-half partial light blue tablets weighed 0.1050 grams (± 0.0007 gram) net weight identified Fentanyl, a schedule II controlled substance.

Item 1.2 is the other 6 intact tablets of the 22 total tablets and were light blue-green, round, biconvex, with an imprint "M" (in box) and "30" (score) weighing 0.6466 grams (± 0.0007 gram) net weight.  The analysis of one intact tablet from those 6 tablets weighed 0.1067 grams (± 0.0007 gram) net weight identified Fentanyl, as schedule II controlled substance.   Measurement uncertainty represents a confidence level of approximately 95%.

(9)     In sum, and subject to continuing defense objections, as noted above and throughout the entire record of the case, the parties stipulate to the authenticity of the following controlled substances analysis and photographs: **Government's Exhibits 2, 3, 4, 34, 35, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50c, 51, 52, 70, 71,**

**72, 74d, 75, 76a**, and the defense will object to the admissibility to specific exhibits during trial.

Respectfully submitted this 22nd day of March, 2021.

<table>
<tr>
<td>

_s/ Kristen M. Frost_
Kristen M. Frost
Ridley, McGreevy & Winocur
303 16th Street, Ste. 200
Denver, CO 80202
Telephone: (303) 629-9700
Fax: (303) 629-9702
frost@ridleylaw.com
_Attorney for Bruce Holder_

</td>
<td>

_s/ Jeremy Chaffin_
JEREMY CHAFFIN
Assistant United States Attorney
United States Attorney's Office
205 North 4th Street, Suite 400
Grand Junction, CO 81501
Telephone: (970) 257-7113
Fax: (970) 248-3630
E-mail: jeremy.chaffin@usdoj.gov
Attorney for the government

</td>
</tr>
</table>

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2021, I electronically filed the foregoing **TRIAL STIPULATIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

s/ Cosandra Foster
COSANDRA FOSTER
Paralegal Specialist
U.S. Attorney's Office
205 N. 4th Street, Suite 400
Grand Junction, CO 81501
Telephone (970) 241-3843
Fax (970) 248-3630
E-mail: cosandra.foster@usdoj.gov