IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 18-cr-00381-CMA

Date: 4/16/21

Time: 12:50 pm

## NOTE TO COURT

_____  We the jury have a verdict.

✓  We the jury have a question.

May we see Exhibit *P? (Also, could we get a list of the physical evidence?)
*Defense Exhibit P (items found at scene of Zack Green OD 12/28/17)

### ANSWER FROM THE COURT

You have been provided all of the exhibits that were admitted. Exhibit P was not admitted and therefore you cannot see it. ~~W The physical~~ The items of physical evidence that were admitted will be shown to you under the supervision of the CSO.

PLEASE KEEP AS PART OF THE RECORD

Court Exhibit __1__

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 18-cr-00381-CMA

Date: 4/19/21

Time: 10:55 Am

## NOTE TO COURT

**X** We the jury have a verdict.

_____ We the jury have a question.

_____

_____

_____

_____

## ANSWER FROM THE COURT

_____

_____

_____

_____

PLEASE KEEP AS PART OF THE RECORD

Court Exhibit  2