IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 18-cr-00381-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRUCE HOLDER,

    Defendant.

**ORIGINAL**

---

## VERDICT FORM

### COUNT 1

We, the jury, upon our oaths, unanimously find Mr. Holder, in Count 1 of the Second Superseding Indictment, charging Mr. Holder with **Conspiracy to Distribute Controlled Substance or Counterfeit Controlled Substance**:

    \_\_\_\_ Not Guilty      __X__ Guilty

If you found Mr. Holder guilty of **Conspiracy to Distribute Controlled Substance or Counterfeit Controlled Substance**, then proceed to answer the following:

We, the jury, upon our oaths, unanimously find that Mr. Holder conspired with others to commit the following objectives:

    __X__ Distribution and possession with intent to distribute fentanyl, a Schedule II controlled substance.

    __X__ Distribution and possession with intent to distribute a counterfeit controlled substance.

You can check one or both options with an "X", but you must only place an "X" next to the option(s) to which you unanimously agree.

If you found Mr. Holder guilty of **Conspiracy to Distribute Controlled Substance or Counterfeit Controlled Substance**, do you unanimously agree that the amount of controlled substances attributable to Mr. Holder's own acts as well as his coconspirators' reasonably foreseeable acts in furtherance of the conspiracy was at least 400 grams or more of a mixture or substance containing a detectable amount of fentanyl?

__X__ Yes               ____ No

## COUNT 2

We, the jury, upon our oaths, unanimously find Mr. Holder, in Count 2 of the Second Superseding Indictment, charging Mr. Holder with **Distribution of Fentanyl**:

____ Not Guilty               __X__ Guilty

If you found Mr. Holder guilty of **Distribution of Fentanyl**, do you unanimously agree that use of the fentanyl distributed by Mr. Holder resulted in the death of J.E. on or about December 28, 2017?

__X__ Yes               ____ No

## COUNT 3

We, the jury, upon our oaths, unanimously find Mr. Holder, in Count 3 of the Second Superseding Indictment, charging Mr. Holder with **Distribution of Fentanyl**:

____ Not Guilty               __X__ Guilty

If you found Mr. Holder guilty of **Distribution of Fentanyl**, do you unanimously agree that use of the fentanyl distributed by Mr. Holder resulted in serious bodily injury to Z.G. on or about December 28, 2017?

____ Yes               __X__ No

## COUNT 4

We, the jury, upon our oaths, unanimously find Mr. Holder, in Count 4 of the Second Superseding Indictment, charging Mr. Holder with **Distribution of a Counterfeit Controlled Substance**:

\_\_\_\_ Not Guilty          _X_ Guilty

4/19/21
DATE

FOREPERSON